UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE ADAMS,<br><br>      Plaintiff,<br><br>— against —<br><br>PATRICK QUIGLEY, CRAIG LUPARDO, DANIEL DELPINO, and THE CITY OF NEW YORK.<br><br>      Defendants. | Case No. 19-CV-1662<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Joel A. Wertheimer of the David B. Shanies Law Office hereby appears as counsel of record for Plaintiff Andre Adams in this action.

Dated: New York, New York
     March 25, 2019

                DAVID B. SHANIES LAW OFFICE

By: _____
Joel A. Wertheimer
411 Lafayette Street, Sixth Floor
New York, New York 10003
(212) 328-1190 (Tel)
(212) 951-1350 (Fax)
joel@shanieslaw.com