UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDRE ADAMS,

                Plaintiff,

— against —

PATRICK QUIGLEY, CRAIG LUPARDO, DANIEL DELPINO, and THE CITY OF NEW YORK.

                Defendants.

Case No. 19-CV-1662 (ENV) (RER)

DECLARATION IN SUPPORT OF PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 72(a) OBJECTIONS TO THE HONORABLE RAMON E. REYES'S SEPTEMBER 5, 2019 ORDER

David B. Shanies, being duly sworn, deposes and says as follows:

1. I am counsel for Plaintiff Andre Adams in this case and I make this declaration based on my personal knowledge and my review of the documents described below.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the September 5, 2019 telephone conference with Judge Reyes, as obtained from the assigned court reporter.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Motion and Individual Practice Rules of Magistrate Judge Ramon E. Reyes, Jr, as obtained from the Court's website.

4. Annexed hereto as Exhibit 3 is a true and correct copy of a series of emails exchanged between Plaintiff's and Defendants' counsel on September 17, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 30, 2019
              New York, New York

By: *David W Shanies*
David B. Shanies
411 Lafayette Street, Sixth Floor
New York, New York 10003
(212) 951-1710 (Tel)
(212) 951-1350 (Fax)
*david@shanieslaw.com*