

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**CHRISTOPHER G. ARKO**
*Senior Counsel*
(212) 356-5044
(212) 356-3509 (fax)
carko@law.nyc.gov

October 23, 2019

**By ECF**
Hon. Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Andre Adams v. Patrick Quigley, et al.</u>,
       19 CV 1662 (ENV)(RER)

Your Honor:

  I am a Senior Counsel in the New York City Law Department, attorney for defendants City of New York, Patrick Quigley, Craig Lupardo, and Daniel Delpino in this action. I write regarding footnote two of Plaintiff's Reply Memorandum in Further Support of Federal Rule of Civil Procedure 72(a) Objection to the Honorable Judge Ramon E. Reyes' September 5, 2019 Order. I apologize for the inadvertency. The correct citation for the case referenced therein is <u>King Cty. v. IKB Deutsche Industreibank AG</u>, 2012 U.S. Dist. LEXIS 116583, *10-*11 (S.D.N.Y. 2012).

  I apologize for any confusion and thank the Court for its time and consideration herein.

            Respectfully submitted,

            /s/

            *Christopher G. Arko*
            Christopher G. Arko
            Senior Counsel

cc: David B. Shanies, Esq. (By ECF)
   *Attorney for Plaintiff*