COURT EXHIBIT
19-w-1662
1a

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------

ANDRE ADAMS,

                Plaintiff,

    v.

PATRICK QUIGLEY, CRAIG LUPARDO, and
DANIEL DELPINO,

                Defendants.

**VERDICT FORM**
19-CV-1662 (MKB)

------------------------------------------------------------

### Section 1983 False arrest

1. Has Plaintiff proven by a preponderance of the evidence that Defendants falsely arrested him?

   | | | |
   |---|---|---|
   | Patrick Quigley | Yes __X__ | No _____ |
   | Craig Lupardo | Yes __X__ | No _____ |
   | Daniel Delpino | Yes __X__ | No _____ |

### Section 1983 Deprivation of right to a fair trial

2. Has Plaintiff proven by a preponderance of the evidence that Defendants deprived him of his right to a fair trial?

   | | | |
   |---|---|---|
   | Patrick Quigley | Yes __X__ | No _____ |
   | Craig Lupardo | Yes __X__ | No _____ |
   | Daniel Delpino | Yes __X__ | No _____ |

IF YOU ANSWERED "NO" AS TO ALL DEFENDANTS FOR QUESTIONS 1 AND 2 ABOVE, YOUR DELIBERATIONS ARE COMPLETE.

IF YOU ANSWERED "YES" AS TO ANY DEFENDANT FOR QUESTIONS 1 AND 2 ABOVE, YOU MUST PROCEED TO QUESTION 3.

**Damages**

3. <u>Compensatory Damages</u>: Please state the total amount, if any, of compensatory damages that Plaintiff has proven by a preponderance of the evidence that he is entitled to.

    $ 125,000

    PLEASE PROCEED TO QUESTION 4.

4. <u>Punitive Damages</u>: Has Plaintiff proven by a preponderance of the evidence that he is entitled to punitive damages against any of the Defendants that you answered "Yes" to in Questions 1 or 2?

    Yes __X__        No _____

    IF YOUR ANSWER IS "YES," PLEASE INDICATE IN THE SPACE PROVIDED BELOW THE AMOUNT OF PUNITIVE DAMAGES AS TO EACH OF THE DEFENDANTS.
    NOTE: YOU MAY ONLY AWARD PUNITIVE DAMAGES AGAINST DEFENDANTS THAT YOU ANSWERED "YES" TO IN QUESTIONS 1 OR 2.

    | Defendant | Yes | No | Amount |
    |---|---|---|---|
    | Patrick Quigley | X | | $500,000 |
    | Craig Lupardo | X | | $250,000 |
    | Daniel Delpino | X | | $250,000 |

    YOUR DELIBERATIONS ARE COMPLETE.

Dated: August 3, 2023
Brooklyn, New York

_____
FOREPERSON