# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ANDRE ADAMS <br> *Plaintiff* <br> v. <br> PATRICK QUIGLEY, CRAIG LUPARDO, and <br> DANIEL DELPINO, <br> *Defendants* | Civil Action No.   19-CV-1662 (MKB) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing,** the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X **other:** The plaintiff Andre Adams recovers from the defendants $125,000 in compensatory damages and the following amounts in punitive damages: Patrick Quigley $500,000; Craig Lupardo $250,000; and Daniel Delpino $250,000.

This action was *(check one)*:

X **tried by a jury with Judge**   Margo K. Brodie   presiding, and the jury rendered a verdict on August 3, 2023.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date:   August 16, 2023

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*