UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANDRE ADAMS,                                                   :
                            Plaintiff,                   :
                                        :     **ORDER**

       -against-                                          :
                                        :     No. 19-CV-1662
PATRICK QUIGLEY, et al.,                                 :     (Brodie, C.J.)
                                        :     (Marutollo, M.J.)
                         Defendants.               :
                                        :
------------------------------------------------------------------------x

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

       The Warden of Marcy Correctional Facility, or a representative therefrom ("the Warden"),

is directed to produce plaintiff Andre Adams (DIN number 22R0325), ***via telephone***, on Tuesday,

December 19, 2023, at 3:30 p.m. for a telephonic court conference before U.S. Magistrate Judge

Joseph A. Marutollo in the Eastern District of New York.  At 3:30 p.m. on December 19, 2023,

the Warden is directed to call (646) 828-7666 and enter Meeting ID: 161 929 4669 and password

090422 for Mr. Adams to participate in the scheduled conference.  As this conference may require

*ex parte* communications with the parties, the Warden shall make Mr. Adams available, as

necessary, throughout the conference, which is expected to last no more than two hours.

       SO ORDERED.

Dated: Brooklyn, New York
       December 13, 2023

                                          */s/ Joseph A. Marutollo*
                                        JOSEPH A. MARUTOLLO
                                        United States Magistrate Judge