UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDRE ADAMS,

                            Plaintiffs,

          -against-

PATRICK QUIGLEY, CRAIG LUPARDO, and
DANIEL DELPINO,

                                   Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

19-CV-1662 (MKB) (JAM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
February 29, 2024

| | |
|---|---|
| WERTHEIMER LLC<br>*Attorneys for Plaintiff*<br>14 Wall Street, Suite 1603<br>New York, New York 10005<br>(646) 720-1098 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Quigley, Lupardo,<br>  and Delpino*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br>(212) 356-2262 |
| By: _____<br>    Joel Wertheimer<br>    *Attorney for Plaintiffs* | By: _____<br>    Evan Gottstein<br>    *Assistant Corporation Counsel* |

SO ORDERED:
s/ MKB 2/27/2024

_____
MARGO K. BRODIE
United States District Judge